**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Eric Paul SANDBERG, Defendant–**
**Appellant.**

**No. 12–15272**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 27, 2013.

Before MARCUS, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Eric Paul Sandberg in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sandberg's conviction and sentence are **AFFIRMED.**